UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAWRENCE HANNER,

               Plaintiff,                Case No. 07-15251
                                                              Hon. Anna Diggs Taylor
v.                                                              Magistrate Judge R. Steven Whalen

CITY OF DEARBORN HEIGHTS,
 et al.,

               Defendants.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

       This matter is before the court on Magistrate Judge R. Steven Whalen's Report and Recommendation of April 23, 2008, granting Defendant's State of Michigan's Motion to Dismiss and Denying Plaintiff's Motion of Withdrawal of Complaint on the State of Michigan (only) as moot.

       The court has reviewed the file, the Magistrate Judge's Report and Recommendation, and Plaintiff's objections and Defendant's response filed thereto. The court finds that the law cited by the Magistrate has been correctly placed and is controlling in this matter.

       THEREFORE, the court will accept the Magistrate's Report and Recommendation of April 23, 2008, as the findings and conclusions of this court.

       Accordingly,

       IT IS HEREBY ORDERED that Magistrate Judge Whalen's Report and Recommendation of April 23, 2008, is ACCEPTED and ADOPTED.

       IT IS FURTHER ORDERED Defendant Sate of Michigan's Motion to Dismiss [D/E 16] is GRANTED and that Plaintiff's Motion to Withdraw [D/E 11] is DENIED AS MOOT.

       **IT IS SO ORDERED.**


Dated: July 8, 2008                                               **s/Anna Diggs Taylor**
                                                                               ANNA DIGGS TAYLOR
                                                                               UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on July 8, 2008.

Lawrence Hanner
214 Amboy
Dearborn Heights, MI 48127

                s/Johnetta M. Curry-Williams
                Case Manager