UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAWRENCE HANNER

        Plaintiff,                            Case No.  07-15251
                                                       Hon. Anna Diggs Taylor
v.                                                    Magistrate Judge R. Steven Whalen

CITY OF DEARBORN HEIGHTS,
 et al.,

        Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
## (D/E-53)

       This matter is before the court on Magistrate Judge R. Steven Whalen's Report and Recommendation of January 30, 2009, granting Defendants' Motion to Dismiss and dismissing Plaintiff's Complaint with prejudice.

       The court has reviewed the file, the Magistrate Judge's Report and Recommendation, and Plaintiff's objections (D/E-56) filed thereto.  The court finds that the law cited by the Magistrate has been correctly placed and is controlling in this matter.

       THEREFORE, the court will accept the Magistrate's Report and Recommendation of January 30, 2009, as the findings and conclusions of this court.

       Accordingly,

       IT IS HEREBY ORDERED that Magistrate Judge Whalen's Report and Recommendation of January 30, 2009, is ACCEPTED and ADOPTED.

       IT IS FURTHER ORDERED that Defendants' Motion to Dismiss (D/E-40) is GRANTED and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

       **IT IS SO ORDERED.**


DATED:  March 4, 2009                                     **s/Anna Diggs Taylor**
                                                              ANNA DIGGS TAYLOR
                                                              UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on March 4, 2009.

Lawrence Hanner
214 Amboy
Dearborn Heights, MI 48127                     s/Johnetta M. Curry-Williams
                                               Case Manager